IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SEAN FOWLER and ALISA FRIERSON**, individually and on behalf of all others similarly situated,<br><br>v.<br><br>**BRIDGECREST CREDIT COMPANY, LLC, doing business as, and/or formerly known as GO FINANCIAL** | **CIVIL ACTION**<br><br>**NO. 24-133**<br><br>**Before the Hon. Michael M. Baylson** |

# ORDER

**AND NOW, TO WIT:** This 12th day of March, 2025, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. The Clerk of Court shall mark this case **CLOSED**.

**GEORGE WYLESOL**, Clerk of Court

**BY:**   /s/ Lori K. DiSanti
      Lori K. DiSanti
      Deputy Clerk

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-133 Fowler v Bridgecrest Credit\24cv133 41b order.docx